**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT  DESIGNATED  FOR  PUBLICATION

Jack Derrick Miller
Attorney at Law
P. O. Drawer 1650
Crowley LA 70526

Nicole B. Breaux
Attorney at Law
415 N. Parkerson Ave.
Crowley LA 70527-1650

Matthew H. Long
Jack Derrick Miller, APC
PO Drawer 1650
Crowley LA 70526

> Judgment on rehearing rendered and mailed to all parties or counsel of record on April 3, 2024

**REHEARING ACTION: April 3, 2024**

**Docket Number: 23   00323-CA**

**LESLIE RENEE BOAGNI ELSBURY**
**VERSUS**
**ERNEST RAY ELSBURY, IV**

**Appealed from Lafayette Parish Case No. 20172013**

<u>**BEFORE JUDGES**</u>**:**

**Hon. D. Kent Savoie**
**Hon. Candyce G. Perret**
**Hon. Ledricka J. Thierry**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Ernest Ray Elsbury, IV** has this day been

**GRANTED.** (See majority opinion on rehearing also rendered this date)

cc: Leslie Renee Boagni Elsbury, In Proper Person

NOT DESIGNATED FOR PUBLICATION

ON REHEARING

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

23-323

LESLIE RENEE BOAGNI ELSBURY

VERSUS

ERNEST RAY ELSBURY, IV

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. 20172013
HONORABLE LAURIE A. HULIN, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

CANDYCE G. PERRET
JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of D. Kent Savoie, Candyce G. Perret, and Ledricka J. Thierry, Judges.

REHEARING GRANTED.

**Leslie Renee Boagni**
**5042 North University Avenue**
**Carencro, LA   70520**
**(337) 224-0317**
**COUNSEL FOR PLAINTIFF/APPELLANT/CROSS-APPELLEE:**
     **In Proper Person**

**Jack Derrick Miller**
**Nicole B. Breaux**
**Matthew H. Long**
**415 North Parkerson Avenue**
**Crowley, LA   70527-1650**
**(337) 788-0768**
**COUNSEL FOR DEFENDANT/APPELLEE/CROSS-APPELLANT:**
     **Ernest Ray Elsbury, IV**

**PERRET, Judge.**

In our original opinion, we found no merit to Mr. Elsbury's answer to the appeal seeking $11,559.79 for his attorney fees incurred between the date the petition for divorce was filed and the date of the judgment of divorce. Specifically, we found that "[a]lthough Mr. Elsbury submitted Exhibit E-20, which includes his attorney fees through December 10, 2017, and testified at trial that the attorney fees amounted to $23,119.59, he failed to place any claim for reimbursement at issue for the trial court to consider."

In the rehearing application, Mr. Elsbury argues that there was a stipulation and exhibit introduced as to the amount of his fees along with his own trial testimony to the amount, without any objection whatsoever. He further argues that Ms. Boagni did not respond to his claim for fees on appeal. Because we find the December 28, 2022 trial court judgment is silent regarding Mr. Elsbury's request for reimbursement of attorney fees through his divorce with Ms. Boagni in the amount of $11,559.79, and because we find that the trial judge is in the best position to make this determination, we hereby grant his request for rehearing for the limited purpose of remanding this matter to the trial court for it to consider his reimbursement claim for the attorney fees that were incurred between the date the petition for divorce was filed and the date of the judgment of divorce. Our original judgment is otherwise affirmed.

**REHEARING GRANTED.**

This opinion is NOT DESIGNATED FOR PUBLICATION.
Uniform Rules—Courts of Appeal, Rule 2–16.3.